**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1353

JAMES A. HILFIGER,

Plaintiff - Appellant,

versus

TRANSAMERICA OCCIDENTAL LIFE INSURANCE COM-
PANY, a foreign corporation,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Raymond A. Jackson, District Judge.
(CA-96-848-2)

Argued: October 2, 1997            Decided: December 18, 1998

Before MURNAGHAN and WILKINS, Circuit Judges, and HERLONG, United
States District Judge for the District of South Carolina, sitting
by designation.

Affirmed by unpublished per curiam opinion.

**ARGUED:** Conrad Moss Shumadine, WILCOX & SAVAGE, P.C., Norfolk,
Virginia, for Appellant. Edwin Ford Stephens, CHRISTIAN & BARTON,
L.L.P., Richmond, Virginia, for Appellee. **ON BRIEF:** John F. Rixey,
Virginia Beach, Virginia, for Appellant.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

The Virginia Supreme Court having answered our Certification Order, the grant of summary judgment in favor of Transamerica Occidental Life Insurance Company is

AFFIRMED.

2